UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MATTHEW FELIX VARGAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DIRECTOR OF CORRECTIONS AND REHABILITATION,<br><br>　　　　　Respondent. | No. CV 09-3690 CJC (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that respondent's motion to dismiss is granted and that the ineffective assistance of counsel Claims in Grounds 5 and 6 are dismissed without leave to amend and without prejudice. Petitioner's motion for stay is denied.

DATED: January 11, 2011

_____
CORMAC J. CARNEY
United States District Judge