JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW FELIX VARGAS, | Case No. CV 09-3690-CJC (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DIRECTOR OF CORRECTIONS AND REHABILITATION, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: April 25, 2012

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE